**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOUSEF ABUSALEH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALLIANCE MANAGED SERVICES, LLC dba QUALXSERV, a corporation; HARTFORD LIFE GROUP INSURANCE COMPANY, a corporation; DOES 1 through 10,<br><br>　　　　　　Defendants. | CASE NO. CV 08-4830 GW (SSx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

　　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants. Each party is to bear their own costs and attorney's fees.

DATED: October 2, 2008　　　　　___*George H. Wu*___

　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE